GALEN T. SHIMODA (State Bar No. 226752)
*attorney@shimodalaw.com*
ERIKA R. C. SEMBRANO (State Bar No. 306635)
*esembrano@shimodalaw.com*
SHIMODA LAW CORP.
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Tel: (916) 525-0716; Fax: (916) 760-3733

Attorneys for Plaintiff JAY SWANSON
on behalf of himself and similarly situated employees

MALCOLM A. HEINICKE (State Bar No. 194174)
*malcolm.heinicke@mto.com*
ROSEMARIE T. RING (State Bar No. 220769)
*rosemarie.ring@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Tel: (415) 512-4000; Fax: (415) 512-4077

Attorneys for Defendant, BEN BRIDGE-JEWELER, INC.
a Washington Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAY SWANSON, as an individual and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>BEN BRIDGE-JEWELER, INC., a Washington Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00039-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

WHEREAS, Plaintiff has agreed to dismiss this action with prejudice as to his own individual claims only, and the parties agree that each side will bear its own attorneys' fees and costs and thus will not be entitled to any Court award of fees or costs;

2:17-CV-00039-MCE-CKD

STIPULATION AND ORDER OF DISMISSAL

1  WHEREAS, the parties agree that the dismissal with prejudice of this action would
2  preclude Plaintiff from bringing any future claims related to his employment with Defendant,
3  including without limitation any claims under the California Labor Code or the Federal Fair Labor
4  Standards Act; and
5  WHEREAS, this dismissal is with prejudice to the individual claims of Plaintiff only and
6  without prejudice to the claims of any other individual;
7  NOW, THEREFORE, IT IS HEREBY STIPULATED THAT this action is dismissed in its
8  entirety and with prejudice as to the individual claims of Plaintiff Jay Swanson only.

DATED:  November 16, 2017        SHIMODA LAW CORP

By:   */s/ Galen T. Shimoda*
     GALEN T. SHIMODA
     Attorneys for Plaintiff JAY SWANSON,
     on behalf of himself and similarly situated employees

DATED:  November 16, 2017        MUNGER, TOLLES & OLSON LLP

By:   */s/ Malcolm A. Heinicke*
     MALCOLM A. HEINICKE
     Attorneys for Defendant,
     BEN BRIDGE-JEWELER, INC.

### ORDER

In accordance with the foregoing dismissal, this action is hereby dismissed in its entirety, and such dismissal shall be with prejudice to the individual claims of Plaintiff Jay Swanson only.

IT IS SO ORDERED.

**Dated:  November 28, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE